1 | BRUCE A. KILDAY, ESQ., SB No. 066415
     Email:  bkilday@akk-law.com
2 | **ANGELO, KILDAY & KILDUFF**
3 | Attorneys at Law
  | 601 University Avenue, Suite 150
4 | Sacramento, CA  95825
  | Telephone:  (916) 564-6100
5 | Telecopier:  (916) 564-6263

6 | Attorneys for Defendants Sgt. Darin DeFreece and City of Roseville

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA**

10 |

| VLADIMIR DONETS, | ) | Case No.: 2:10-cv-02729-LKK-GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION FOR DISMISSAL** |
| vs. | ) | |
| | ) | |
| Roseville Police Department Sergeant DARIN | ) | |
| DEFREECE (Badge # 123); and CITY OF | ) | |
| ROSEVILLE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

        The parties, through their respective counsel, hereby stipulate that this action may be

dismissed, in its entirety and with prejudice.  Further, it is stipulated that each party is to bear its

own costs, including all attorney's fees.


 Dated:  7/29/11                                ANGELO, KILDAY & KILDUFF, LLP

                                                        */s/ Bruce A. Kilday*
                                                By:_____
                                                     BRUCE A. KILDAY
                                                     Attorneys for Defendants

-1-
STIPULATION FOR DISMISSAL

1    Dated:  6/30/11                              LAW OFFICE OF STEWART KATZ

2                                                     */s/ Stewart Katz*

3                                               By:_____
                                                     STEWART KATZ
4                                                    Attorney for Plaintiff

5

6
     IT IS SO ORDERED.
7

8    Dated:  August 2, 2011

9

10

11   LAWRENCE K. KARLTON
     SENIOR JUDGE
12   UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
STIPULATION FOR DISMISSAL